AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. |
| ELIO DIAZ HERNANDEZ | ) | 20-5001-SNOW |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 1, 2020,__ in the county of __Monroe__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) & (b)(1)(A)(ii) | Possession with intent to distibute 5 kilograms or more of a controlled substance. |

This criminal complaint is based on these facts:
See attached Affadavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael Perez, Special Agent CGIS
Printed name and title

Sworn to before me and signed in my presence.

Date: 1/3/20

_____
Judge's signature

City and state: Key West, Florida

Lurana S. Snow, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael A. Perez, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this Affidavit in support of an application of a criminal complaint charging Elio DIAZ HERNANDEZ ("DIAZ HERNANDEZ") with possession with intent to distribute 5 kilograms or more of a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii).

2. I am a Special Agent with the Coast Guard Investigative Service ("CGIS"), and have been so employed since March 2016. Currently, I am assigned to the CGIS Office in Key West, Florida. I am an investigative or law enforcement officer of the United States within the meaning of Title 18 of the United States Code who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in the United States Code. As part of my duties, I investigate crimes involving drug smuggling, alien smuggling, and illegal charters involving the use of marine vessels entering South Florida. While employed by CGIS, I have attended a 12-week course at the Federal Law Enforcement Training Center in Brunswick, Georgia. As a result of my training and experience, I am familiar with the tactics, methods, and techniques used ot commit various types of controlled substances law violations.

3. In my course of employment for CGIS, I have conducted numerous narcotics investigations (to include searches, seizures, and arrests). I have monitored and debriefed confidential sources, sources of information, and interviewed persons charged and convicted of felony narcotics and other felony offenses. I have spoken to individuals who have been involved in the use, sales, and the illegal distribution of illicit drugs. I have learned from those individuals the techniques commonly used by those involved in the transport and distribution of illicit drugs.

4. The facts in this Affidavit stem from my personal observations, my training and experience, and information obtained from other agents and witnesses. This Affidavit is intended to show merely that there is sufficient probable cause for the suspected offense and does not set forth all of my knowledge about this matter.

5. Based on my training and experience and the facts as set forth in this Affidavit, there is probable cause to believe that a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii) has been committed by DIAZ HERNANDEZ.

## PROBABLE CAUSE

6. On or about January 1, 2020, at approximately 7:00 pm, near Key Largo, Florida, United States Coast Guard ("USCG") law enforcement officers aboard the Coast Guard Cutter CHARLES SEXTON spotted an unlit pleasure craft traveling at a high rate of speed without any navigation lights. The unlit pleasure craft was approximately nine (9) nautical miles southeast of the coast and traveling towards Key Largo, Florida.

7. USCG law enforcement officers from the CHARLES SEXTON boarded an Over-The-Horizon ("OTH") pursuit boat to intercept the unlit pleasure craft. As the OTH approached, the operator of the unlit pleasure craft threw a large bag into the water. Thereafter, the USCG officers ordered the operator of the unlit pleasure craft to stop. The operator failed to stop, increased speed, and conducted corkscrew maneuvers in an apparent attempt to evade the OTH.

8. Eventually, the unlit pleasure craft stopped and the USCG law enforcement officers were able to board. The pleasure craft was a thirty (30) foot Wellcraft with Florida registration numbers "FL6869NU." DIAZ HERNANDEZ was the operator and only person on board the FL6869NU.

9. USCG officers on the OTH returned to the area where they observed DIAZ HERNANDEZ throw the large bag into the water. There they found a bag. Inside the bag the officers found fifteen (15) individually wrapped packages of a white powdery substance. A field-test of the substance was conducted, which tested positive for cocaine. The combined weight of the fifteen (15) packages is approximately thirty-six (36) pounds.

## CONCLUSION

10. Based on the forgoing, your Affiant submits that probable cause exists to believe the DIAZ HERNANDEZ possessed with the intent to distribute 5 kilograms or more of a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii).

Respectfully submitted,

_____
Michael A. Perez
Special Agent
Coast Guard Investigative Service

Sworn to and subscribed before me
this 3 day of January, 2020.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 20-5001-SNOW

UNITED STATES OF AMERICA

v.

ELIO DIAZ HERNANDEZ,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

                                        Respectfully submitted,

                                        ARIANA FAJARDO ORSHAN
                                        UNITED STATES ATTORNEY

By: _____
                                        BRIAN G. SATTLER
                                        Special Assistant United States Attorney
                                        Florida Bar No: 0124238
                                        99 N.E. 4th Street
                                        Miami, FL 33132
                                        Tel: No. (305) 961-9136
                                        Fax No. (305) 536-4676
                                        E-mail: brian.sattler@usdoj.gov